IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02605-MSK-MJW

KIM ANDREWS,

Plaintiff(s),

v.

THE GEO GROUP, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendant The GEO Group, Inc.'s Stipulated Motion for Entry of Proposed Protective Order (docket no. 19) is GRANTED finding good cause shown. The written Protective Order Concerning Confidential Information and Use of Discovery in Related Case (docket no. 19-1) is APPROVED as amended in paragraphs 14 and 15 and made an Order of Court.

Date:  February 15, 2011