IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    10-cv-02605-MSK-MJW

KIM ANDREWS,

Plaintiff(s),

v.

THE GEO GROUP, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion to Vacate and Reschedule Settlement Conference [Docket No. **23**], filed with the court April 15, 2011, is GRANTED, finding good cause shown.

    It is further ORDERED that the Settlement Conference set April 20, 2011 at 10:00 a.m.  is VACATED and RESET to **August 15, 2011 at 10:00 a.m.**  in Courtroom A-502, Fifth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Updated Confidential Settlement Statements are due to Magistrate Judge Watanabe  via e-mail, as a PDF attachment, at Watanabe_Chambers@cod.uscourts.gov     on or before August 10, 2011.

Date:    April 15, 2011