IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02605-MSK-MJW

KIM ANDREWS,

Plaintiff(s),

v.

THE GEO GROUP, INC.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Second Unopposed Motion to Vacate Settlement Conference [Docket No. **33**], filed with the court July 3, 2011, is **GRANTED**. The Settlement Conference set August 15, 2011, at 10:00 a.m., is VACATED and RESET on October 3, 2011, at 10:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Updated Confidential Settlement Statements are due to Magistrate Judge Watanabe via e-mail, as a PDF attachment, at  Watanabe_Chambers@cod.uscourts.gov on or before September 28, 2011.

Date:   July 6, 2011