IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
                     Magistrate Judge Michael J. Watanabe

Civil Action No. 10-cv-02605-MSK-MJW         FTR - Courtroom A-502

Date: September 20, 2011                     Courtroom Deputy, Ellen E. Miller

       *Parties*                              *Counsel*

KIM ANDREWS,                                 Marc L. Schatten

       Plaintiff(s),

v.

THE GEO GROUP, INC.,                         Shelby A. Felton

       Defendant(s).

UNITED STATES IMMIGRATION AND CUSTOMS        Amy L. Padden
ENFORCEMENT,

       Interest Party.

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: **TELEPHONIC MOTION HEARING**
**Court in Session:** 9:13 a.m.
Court calls case. Appearances of counsel.

The Court raises Plaintiff's Emergency Motion for a Fed. R. Civ. P. Rule 34 Inspection of the GEO Group, Inc. Aurora Facility [Docket No. 40] for argument.

Argument by Marc L. Schatten on behalf of Plaintiff.
Argument by Shelby A. Felton on behalf of Defendant.
Comments by Amy L. Padden on behalf of Interested Party ICE.

**It is ORDERED:**   Plaintiff's EMERGENCY MOTION FOR A Fed. R. Civ. P. RULE 34 INSPECTION OF THE GEO GROUP, INC. AURORA FACILITY [Docket No. **40**, filed August 12, 2011] is **GRANTED IN PART AND DENIED IN PART** for reasons as set forth on the record.

Plaintiff's counsel Marc L. Schatten and Dr. Helen Woodard  are not permitted to view the Control Room or secured walkways.

Plaintiff's counsel Marc L. Schatten and Dr. Helen Woodard  are not permitted to do any form of note taking, audio recording, video recording, photography by any means, to take any measurements, and/or make any drawings.

Plaintiff's counsel Marc L. Schatten and Dr. Helen Woodard <u>are</u> permitted to view the central interior lobby, front lobby, intake, dormitories, visitation areas , recreation areas , the public area only of two (2) courtrooms, two (2) libraries, kitchen, medical areas and segregation area(s).

The GEO group shall provide a guide who will accompany Plaintiff's counsel Marc L. Schatten and Dr. Helen Woodard throughout the facility. Plaintiff's counsel Marc L. Schatten and Dr. Helen Woodard <u>are not permitted</u> to interview any detainees or employees at the facility. Questions may be asked of the guide regarding specific equipment or area of the facility being viewed.

The tour shall be limited to one (1) hour.

Attorney for ICE is entitled to be present for the tour.

The parties shall meet and confer to schedule a mutually agreeable date and time for the visit.

Hearing concluded.
**Court in recess:** 9:50 a.m.
Total In-Court Time 00:37

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or    Toll Free    1-800-962-3345.