IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02605-MSK-MJW

KIM ANDREWS,

Plaintiff(s),

v.

THE GEO GROUP, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion to Vacate the Settlement Conference, DN 53, filed with the Court on September 26, 2011, is GRANTED. The Settlement Conference set on October 3, 2011, at 10:00 a.m., is VACATED. Counsel may reset the settlement conference upon joint motion of the parties.

Date:  September 27, 2011