IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02605-MSK-MJW

KIM ANDREWS,

Plaintiff(s),

v.

THE GEO GROUP, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Clarification of the Summary Judgment Deadline and for an Extension of the Expert Deadlines, DN 56, filed with the Court on October 11, 2011, is GRANTED as follows:

(i) The deadline for submission of summary judgment motions is extended up to and including November 15, 2011;

(ii) The deadline to submit responses to summary judgment motions is extended up to and including December 15, 2011;

(iii) The deadline for designation of experts is extended up to and including October 19, 2011;

(iv) The deadline for designation of rebuttal experts is extended up to and including November 18, 2011, and,

(v) The expert discovery deadline is extended up to and including December 13, 2011.

Date:  October 13, 2011